1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   FREDERICK D. PABLO,                    Case No. EDCV 16-1427 RGK (SS)

12                  Petitioner,            **ORDER ACCEPTING FINDINGS,**

13        v.                               **CONCLUSIONS AND RECOMMENDATIONS**

14   CYNTHIA ENTZEL, Warden,               **OF UNITED STATES MAGISTRATE**

15                  Respondent.            **JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18   Petition, all the records and files herein, and the Report and

19   Recommendation of the United States Magistrate Judge.  The time

20   for filing Objections to the Report and Recommendation has passed

21   and no Objections have been received.  Accordingly, the Court

22   accepts and adopts the findings, conclusions and recommendations

23   of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1    **IT IS ORDERED** that Judgment shall be entered dismissing this

2    action without prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

5    Order and the Judgment herein on Petitioner and counsel for

6    Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10   DATED: October 20, 2016

11   _____
     R. GARY KLAUSNER

12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28