1
2
3
4
5
6
7
8            **UNITED  STATES  DISTRICT  COURT**
9            **CENTRAL  DISTRICT  OF  CALIFORNIA**
10
11   FREDERICK D. PABLO,              Case No. EDCV 16-1427 RGK (SS)
12                Petitioner,
13        v.                                   **JUDGMENT**
14   CYNTHIA ENTZEL, Warden,
15                Respondent.
16
17        Pursuant  to  the  Court's  Order  Accepting  Findings,
18   Conclusions  and  Recommendations  of  United  States  Magistrate
19   Judge,
20
21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is
22   dismissed without prejudice.
23
24   DATED: October 20, 2016
25                                    R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE
26
27
28